Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Richard Green

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| RICHARD GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 2:18-cv-00297-JAM-EFB <br><br> **ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 6/1/2018         /s/ John A. Mendez_____
                        Hon. JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE